IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation, BMG MUSIC, a New York general partnership, CAPITOL RECORDS, Inc., a Delaware corporation, ELEKTRA ENTERTAINMENT GROUP, Inc., a Delaware corporation, INTERSCOPE RECORDS, a California general partnership, MAVERICK RECORDING COMPANY, a California joint venture, PRIORITY RECORDS, LLC, a California limited liability company, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, UMG RECORDINGS, Inc., a Delaware corporation, VIRGIN RECORDS AMERICA, Inc., a California corporation, and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>    V.<br><br>DOES 1-5,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 4:07CV3097<br><br><br><br>ORDER OF DISMISSAL OF DEFENDANT DOE NO. 1 |

This matter is before the Court on the Plaintiffs' Notice of Dismissal of one of the five defendants, referred to as Doe #1 and identified at Matt Peterson.

IT IS ORDERED:

1. Plaintiffs' Notice of Dismissal of Defendant Doe #1 (Filing No. 9) is approved;

2. Defendant Doe # 1, identified by the Plaintiffs as Matt Peterson, is dismissed from this case without prejudice;

3. As between the Plaintiffs and Matt Peterson, a/k/a Doe #1, the parties shall pay their own costs and attorney's fees; and

4. This case will proceed against Does #2- #5, and the caption shall be updated to reflect the dismissal of Doe #1.

DATED this 4th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge