## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; MAVERICK RECORDING COMPANY, a California joint venture; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS INC., a Delaware corporation; VIRGIN RECORDS AMERICA INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | 4:07CV3097 |
| vs. | ) ) | SCHEDULING ORDER |
| DOES 2-5, | ) ) ) | |
| **Defendants.** | ) | |

This is a Complaint for Copyright Infringement against five "John Doe" defendants, who are persons affiliated with the University of Nebraska. The plaintiffs were given leave to conduct expedited discovery and, on April 20, 2007, served a third-party subpoena on the University for the purpose of determining the actual identity of the defendants. Counsel for the University, in turn, provided written notice of plaintiffs' subpoena to each Doe defendant. No party moved to quash plaintiffs' subpoena.

The plaintiffs voluntarily dismissed their claims against John Doe No. 1 on May 16, 2007. Since that time, there has been no activity in the case.

**IT IS ORDERED:**

1. Plaintiffs' counsel shall file a written status report no later than **August 22, 2007** advising the court how or whether plaintiffs intend to proceed with their claims against Does Nos. 2-5.

2. If necessary to preserve confidential information, counsel may file the status report via CM/ECF as a Restricted Document Pursuant to the E-Government Act.

**DATED August 8, 2007.**

> BY THE COURT:
>
> s/ F.A. Gossett
> **United States Magistrate Judge**