IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation, BMG MUSIC, a New York general partnership, CAPITOL RECORDS, Inc., a Delaware corporation, ELEKTRA ENTERTAINMENT GROUP, Inc., a Delaware corporation, INTERSCOPE RECORDS, a California general partnership, MAVERICK RECORDING COMPANY, a California joint venture, PRIORITY RECORDS, LLC, a California limited liability company, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, UMG RECORDINGS, Inc., a Delaware corporation, VIRGIN RECORDS AMERICA, Inc., a California corporation, and WARNER BROS. RECORDS INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> V. <br><br> DOES 2-5, <br><br> Defendants. | CASE NO. 4:07CV3097 <br><br><br><br><br><br> ORDER OF DISMISSAL |

Upon the Plaintiffs' Notice of Dismissal,

IT IS ORDERED:

1. The Notice of Dismissal (Filing No. 13) is approved;
2. The Complaint and all claims against the remaining Defendants are dismissed without prejudice;
3. The parties will pay their own costs and attorney fees.

DATED this 25th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge